# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 176 WAL 2014
:
                    Respondent     :
     : Petition for Allowance of Appeal from the
     : Order of the Superior Court
              v.                :
:
:
:
MILTON C. BROWN,            :
:
                    Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.